IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC,<br>*Plaintiff* | § § § § § § § § § | 6-20-CV-00404-ADA |
| -vs- | | |
| DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION,<br>*Defendants* | | |

## ORDER TO DISMISS

Plaintiff filed a notice to voluntarily dismiss the above-captioned action without prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i). ECF No. 7. Defendants have not filed an answer or a motion for summary judgment in this matter. The Court hereby Orders that this case be **DISMISSED**.

SIGNED this 24th day of June, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE